## Western Contractors Supply Company, Plaintiff, v. T. P. Dowdle Company, Appellee. Stone and Webster Engineering Company, Appellant.

### Gen. No. 44,192.

654

opinion filed February 25, 1948; released for publication March 25, 1948. Otto Kerner, Jr., United States Attorney, for appellant; Raymond T. Lopata, Assistant United States Attorney, of counsel; Bennett & Colbach, for appellee. Opinion by JUSTICE KILEY. **Not to be published in full.**